UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOYCE TAYLOR-WILLIAMS,

    Plaintiff,

v.                                    Case No. 8:16-cv-87-T-33MAP

DEPUTY RAYMOND REMBERT, in
his official and individual
capacity,

    Defendant.
_____/

## ORDER

This matter comes before the Court in consideration of Defendant Master Deputy Raymond Rembert's Motion to Dismiss Plaintiff's Amended Complaint (Doc. # 10), filed on February 18, 2016, which seeks dismissal of the Amended Complaint in its entirety. The time for filing a response to the Motion to Dismiss has passed. As of the date of this Order, Plaintiff Joyce Taylor-Williams, who obtained counsel on February 24, 2016, (Doc. # 12), has not filed a response. Nor has Taylor-Williams sought an extension of time in which to file a response. As such, the Court considers the Motion to Dismiss unopposed. Therefore, the Court grants the Motion to Dismiss.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Master Deputy Raymond Rembert's Motion to Dismiss Plaintiff's Amended Complaint (Doc. # 10) is **GRANTED**.

(2) This action is **DISMISSED WITHOUT PREJUDICE**.

(3) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of March, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE